UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-07358-SVW | Date | October 3, 2023 |
|---|---|---|---|
| Title | United States of America v. Marietta Terabelian et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On September 13, 023, the Court issued an order to issue a Writ of Continuing Garnishment.

The Writ and Clerk's Notice of Continuing Garishment issued on September 19, 2023.

The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |